UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MYRON HUBBARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:11-CV-2082-JAR |
| | ) |
| ST. LOUIS PSYCHIATRIC | ) |
| REHABILITATION CENTER, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Request for Extension of Time to Amend Pleadings as Requested by the Court and Motion for Leave for Depositions [ECF No. 17]. On March 9, 2012, the Court granted Plaintiff leave to file, within thirty (30) days, an amended complaint. Plaintiff now seeks an order granting him leave to depose two unnamed "key" witnesses and file an amended complaint 30 days thereafter.

In response, Defendant St. Louis Psychiatric Rehabilitation Center filed a Memorandum in Opposition to Plaintiff's Motion for Leave to Conduct Discovery on March 14, 2012. [ECF No. 18]. Defendant argues that discovery has not yet been authorized in this case, and Plaintiff's motion contains no explanation of why discovery in advance of the time authorized by Fed.R.Civ.P. 26(d) is either necessary or appropriate here. The Court agrees. In the absence of such a showing, Plaintiff's request for extension of time and motion for leave to take depositions will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Request for Extension of Time to Amend

Pleadings as Requested by the Court and Motion for Leave for Depositions [ECF No. 17] is **DENIED**.

Dated the 20th day of March, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE