# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MYRON HUBBARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:11-CV-2082-JAR |
| | ) |
| ST. LOUIS PSYCHIATRIC | ) |
| REHABILITATION CENTER, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Add Additional Cause [ECF No. 23]. It appears as though Plaintiff is attempting to amend his complaint by interlineation, or requesting the Court add additional claims to this action without providing the court with a pleading which includes all claims he wishes to pursue in this action. The Court does not accept amendments by interlineation. If Plaintiff wishes to amend his complaint, he must include with his motion to amend a proposed complaint that includes each and every claim he wishes to bring against every defendant in this action. Plaintiff is cautioned that the filing of an amended complaint replaces the original complaint, and claims that are not realleged are deemed abandoned. E.g. In re Wireless Telephone Federal Cost Recovery Fees Litigation, 396 F.3d 922, 928 (8th Cir. 2005).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Add Additional Cause [ECF No. 23] is **DENIED** without prejudice.

Dated the 25th day of April, 2012.

                                                  _____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE