# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MYRON HUBBARD, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:11-CV-2082-JAR |
| ST. LOUIS PSYCHIATRIC REHABILITATION CENTER, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon its review of the record. On May 3, 2012, Plaintiff filed an "Amended Complaint." [ECF No. 29] Rule 15(a), Fed.R.Civ.P., governs the pretrial amendment of pleadings and states that where an amendment is not sought "as a matter of course" as defined by the Rule, "a party may amend its pleadings only with the opposing party's written consent or the court's leave." Because Plaintiff did not seek leave of court before filing his amendment, the Court will strike the pleading in its entirety.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Amended Complaint [ECF No. 29] is stricken.

Dated the 9th day of May, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE