UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MYRON HUBBARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:11-CV-2082-JAR ) |
| ST. LOUIS PSYCHIATRIC REHABILITATION CENTER, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File Amended Complaint, Add Additional Party and Motion for Jury Trial [ECF No. 41]. Because Plaintiff has not identified an additional party defendant in his proposed amended complaint, and because this case is already docketed as a jury trial, the motion will be granted in part.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Amended Complaint [41] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Add Additional Party and Motion for Jury Trial [41] is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss [27] and Defendants' Motion to Dismiss [35] directed at the prior complaint are **DENIED** as moot.

Dated the 25th day of July, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE