UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MYRON HUBBARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11-CV-2082-JAR |
| ) | |
| ST. LOUIS PSYCHIATRIC ) | |
| REHABILITATION CENTER, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File Amended Complaint [ECF No. 46]. Upon consideration, the Court will grant Plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff 's Motion for Leave to File Amended Complaint [46] is **GRANTE**D.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss [43] directed to the prior amended complaint is **DENIE**D as moot.

Dated the 10th day of September, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE