UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MYRON HUBBARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11-CV-2082-JAR |
| ) | |
| ST. LOUIS PSYCHIATRIC ) | |
| REHABILITATION CENTER, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Stay Order, Motion for Sanctions, Motion for Discovery of Defendant's Attorneys Postal Records and Motion for Judgment due to Sanctions [ECF No. 60] which the Court construes as a motion for reconsideration of its April 2, 2013 order dismissing this case. In his motion, Plaintiff asserts that Defendants failed to send him a copy of their motion to dismiss filed on February 21, 2013. A review of the docket indicates that Plaintiff notified the Court of a change of address on February 28, 2013 (Doc. No. 57), raising an issue as to whether Plaintiff received Defendants' motion. In their response filed April 25, 2013, Defendants argue that Plaintiff's motion should be denied because they mailed their motion and memoranda in support to the correct address. (Doc. No. 63) However, Defendants state they are not opposed to the Court granting Plaintiff a reasonable period of time to respond to their motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Stay Order, Motion for Sanctions, Motion for Discovery of Defendant's Attorneys Postal Records and Motion for

Judgment due to Sanctions [60], construed as a motion for reconsideration, is **GRANTED** in part.

  **IT IS FURTHER ORDERED** that Plaintiff shall file his response to Defendants' Motion to Dismiss (Doc. No. 55) no later than **Monday, May 13, 2013.**

  **IT IS FURTHER ORDERED** that in all other respects, Plaintiff's Motion is **DENIED**.

Dated the 29th day of April, 2013.

                   _____
                   JOHN A. ROSS
                   UNITED STATES DISTRICT JUDGE